AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __CENTRAL DISTRICT OF CALIFORNIA__ on the following

☐ Trademarks or  ☑ Patents.  ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:21-CV-03147 JVS | DATE FILED<br>4/12/2021 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|---|
| PLAINTIFF<br>DBEST PRODUCTS, INC. | | DEFENDANT<br>AMAZON.COM, INC. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,233,700 | 1/12/2016 | DBEST PRODUCTS, INC. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Voluntary Dismissal filed 05/14/2021. MDJS-6. Case Terminated. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Kiry K. Gray | Evelyn Synagogue | 05/17/2021 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail th    is copy to Director    Copy 4—Case file copy

1  Ehab M. Samuel (SBN 228296)
   esamuel@hdmnlaw.com
2  David A. Randall (SBN 156722)
   dave@hdmnlaw.com
3  **HACKLER DAGHIGHIAN MARTINO & NOVAK P.C**.
   10900 Wilshire Blvd., Suite 300
4  Los Angeles, CA 90024
   Tel.: (310) 887-1333
5  Fax: (310) 887-1334

6  Attorneys for Plaintiff,
   **DBEST PRODUCTS, INC.**

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10
   DBEST PRODUCTS, INC., a California         **Case No.:** 2:21-CV-03147
11 corporation,

12            Plaintiff,                      **DISMISSAL WITH PREJUDICE**

13     vs.

14
   AMAZON.COM, INC., a Delaware
15 corporation, and DOES 1 through 10,
   inclusive,
16
              Defendant.
17

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DBEST PRODUCTS, INC., hereby dismisses its complaint with prejudice as to Defendant AMAZON.COM, INC.

Respectfully submitted,

DATED: May 14, 2021

HACKLER DAGHIGHIAN MARTINO & NOVAK, P.C.

By: /s/ Ehab M. Samuel
Ehab M. Samuel (CA SBN 228296)
David A. Randall (CA SBN 156722)

*Attorneys for Plaintiff*

**DISMISSAL WITH PREJUDICE**